**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Truck Wash Express-Williston, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Westmatic Corporation, | ) | |
| | ) | Case No. 4:14-cv-120 |
| Defendant. | ) | |

Before the court is a motion for attorney Elizabeth M. Forsythe to appear *pro hac vice* on defendant's behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Elizabeth M. Forsythe has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  She has also paid the required admission fees to the office of the Clerk.  Accordingly, the  motion (Docket No. 5) is **GRANTED**. Attorney Elizabeth M. Forsythe  is admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 1st day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge